UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA ROBINSON, | |
| Plaintiff, | NO.  CV-07-3055-EFS |
| vs. | **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| RICK HOFFMAN, | |
| Defendant. | |

BEFORE THE COURT is Plaintiff Cynthia Robinson's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action.  Accordingly, **IT IS HEREBY ORDERED:** Plaintiff's Motion to Voluntarily Dismiss Complaint **(Ct. Rec. 10)** is **GRANTED;** the Complaint is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff at her last known address, and close the file.

**DATED** this_____6th_____day of December 2007.

S/ Edward F. Shea

EDWARD F. SHEA
UNITED STATES DISTRICT JUDGE

Q:\Civil\2007\3055.DA.Dismiss.wpd

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1