# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Cynthia Robinson

JUDGMENT IN A CIVIL CASE

v.

Rick Hoffman

CASE NUMBER: CV-07-3055-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is DISMISSED Without Prejudice.

12/05/07
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson